```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ANTHONY ZAPPIN,

                Plaintiff,                18 Civ. 1693 (RWS)

      - against -                              O R D E R

CLAIRE COMFORT,

                Defendant.
------------------------------------X
```

**Sweet, D.J.**

   Defendant's motion to dismiss shall be taken on submission on July 25, 2018. All papers shall be served in accordance with Local Civil Rule 6.1.

   It is so ordered.

New York, NY
June 12, 2018

ROBERT W. SWEET
U.S.D.J.