LAW OFFICES
# FUMUSO, KELLY, SWART, FARRELL, POLIN & CHRISTESEN, LLP

ALAN J. FUMUSO ◊
MICHAEL K. KELLY +
DOUGLAS J. SWART
JAMES F. FARRELL, JR.
LORRAINE BERLUND POLIN, R.N.
SCOTT G. CHRISTESEN, R.Ph. o
SETH KIRSCHBAUM
JORDAN KARP
CHRISTIAN A. FUMUSO

JAMES J. GIRVAN
Trial Counsel

ROBERT W. DeVERNA
(1949 - 2014)

◊ ADM N.Y. & COLO.
+ ADM N.Y. & FLA.
o ADM N.Y. & CONN.

MAILING ADDRESS
110 MARCUS BOULEVARD
HAUPPAUGE, NEW YORK 11788-3704
(631) 232-0200 • FAX (631) 232-1305
www.fksfpc.com

NASSAU OFFICE
400 POST AVENUE
SUITE 209
WESTBURY, NEW YORK 11590
(516) 746-8050

JAMES B. REILLY
ANN D. SCHATTNER
JOSEPH P. ROSH
ALBERT E. RISEBROW
JUNE R. HERMAN
CATHERINE ANN BRENNAN
MICHELLE C. ACOSTA
WILLIAM G. MacDEVITT
SUZANNE LAVOIE, R.N.
MAUREEN P. BLAZOWSKI
ANTHONY MAFFIA
HUGO A. BASSO
ALEX B. GILBERT
MICHAEL A. NEMECEK
KRISTIN N. MORO
MARIEL A. AUERBACH
ANTHONY MARINO

MARY L. SHARKEY
OFFICE ADMINISTRATOR

DONNA OZOLS
SENIOR PARALEGAL

August 14, 2018

**VIA ECF**
Hon. Robert W. Sweet
United States Courthouse
Southern District of New York
500 Pearl Street - Courtroom 18C
New York, New York 10007-1312

Re: Anthony Zappin v. Claire Comfort, et al.
    Case No.: 1:18-cv-01693-RWS
    Our File No.: AW-1013

Dear Judge Sweet:

Our offices are counsel to the defendant, Comprehensive Family Services, Inc., in the above-entitled litigation.

As Your Honor will recall, we have moved, pursuant to Rule 12b for dismissal of plaintiff's initial complaint in this litigation. Your Honor has scheduled our motion, as well as those motions of the various other defendants, to be orally argued before the Court on August 22, 2018.

The plaintiff has filed a lengthy, 108 page Amended Complaint on August 13, 2018. These amended pleadings were discussed during the August 8, 2018 hearing held before Your Honor.

*So ordered*
*Sweet USDJ*
*8.15-8*

Hon. Robert W. Sweet
August 14, 2018
Page 2

It is respectfully submitted and requested that the defendant, Comprehensive Family Services, Inc., be permitted an extension of time within which to move against plaintiff's Amended Complaint for a period commensurate of that request by counsel for the Cohen defendants in their letter of August 14, 2018, which was filed with this Court on August 14, 2018 as Document No. 69 of the Court's Docket. The Cohen defendants request a period "of thirty (30) days after decision on the pending disqualification motion" interposed by plaintiff. The prior appearances of the parties were also concomitantly scheduled and permitted by the Court.

Lastly, we would request the Court's advices as to whether the Court will entertain any hearing, oral arguments and/or proceedings on August 22, 2018 as previously directed, or whether same will be held in abeyance due to the filing of the amended pleadings.

Very truly yours,

FUMUSO, KELLY, SWART, FARRELL,
POLIN & CHRISTESEN, LLP

BY: *[signature]*
SCOTT G. CHRISTESEN

SGC/dp