UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANTHONY ZAPPIN,<br><br>                       Plaintiff,<br><br>-against-<br><br>CLAIRE COMFORT,<br>ROBERT WALLACK,<br>THE WALLACK FIRM, P.C.,<br>HARRIET NEWMAN COHEN,<br>COHEN RABIN STINE SCHUMANN LLP,<br>COMPREHENSIVE FAMILY SERVICES, INC.,<br><br>                       Defendants. | No. 18 Civ. 1693 (RWS)<br><br>**NOTICE OF MOTION TO STRIKE THE AMENDED COMPLAINT AGAINST DEFENDANT CLAIRE COMFORT**<br><br> |

---

PLEASE TAKE NOTICE that Defendant Claire Comfort moves this Court, before the Honorable Robert W. Sweet, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, to strike Plaintiff's Amended Complaint against Defendant Claire Comfort because the Amended Complaint was filed without Defendant's consent or leave of the Court as is required by Federal Rule of Civil Procedure 15(a)(2), and for any other relief that this Court deems just and proper.

Dated: Washington, DC
        August 25, 2018

By: _____
Claire K. Comfort
*Pro Se Defendant*
1212 4th Street SE, Apt. 801
Washington, DC 20003
(253) 592-1578

Claire K. Comfort
1212 4th Street SE, Apt. 801
Washington, DC 20003
clairekcomfort@yahoo.com
(253) 592-1578

U.S. District Court for the Southern District of New York
**Pro Se Intake Unit**
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 200
New York, NY 10007

August 25, 2018

Dear Pro Se Intake Unit:

    Re:    *Anthony Zappin v. Claire Comfort et al.*, Case No. 1:18-cv-01693 (RWS)

On behalf of the undersigned individual defendant who is appearing *pro se*, please find enclosed the following documents for filing and docketing in *Anthony Zappin v. Claire Comfort et al.*, No. 1:18-cv-01693-RWS:

- Notice of Motion to Strike the Amended Complaint Against Defendant Claire Comfort;

- Memorandum of Law in Support of Motion to Strike the Amended Complaint Against Defendant Claire Comfort;

- Declaration of Claire K. Comfort in Support of Motion to Strike the Amended Complaint Against Claire Comfort; and

- Notice of Motion of Defendant Claire Comfort to Dismiss the Amended Complaint.

Please feel free to contact me if you have any questions.

Very truly yours,

Claire Comfort

Claire K. Comfort

RECEIVED
SDNY DOCKET UNIT
2018 AUG 27 AM 10:37

# PRIORITY MAIL EXPRESS™

FASTEST SERVICE IN THE U.S.

EK 943737645 US

## PRIORITY MAIL EXPRESS™

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( 253 ) 512-1578
Claire Comfort
1212 4th Street SE, Apt. 801
Washington, DC 20003

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( 212 ) 805-0175
U.S. District Court for the
Southern District of New York
ATTN: PRO SE INTAKE UNIT
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York, NY
ZIP+4® (U.S. ADDRESSES ONLY) 1 0 0 0 7 - 1 3 1 2

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | ☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|---|
| 20024 | | 8/27/18 | $ 24.70 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee | COD Fee |
|---|---|---|---|
| 8/25/18 | | $ | $ |

| Time Accepted | ☐ AM ☐ PM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|---|
| 10:36 | | $ | $ | $ |

| Weight | ☐ Flat Rate | Sunday/Holiday Premium Fee | Acceptance Employee Initials | Total Postage & Fees |
|---|---|---|---|---|
| 11.00 lbs. | | $ | | $ 24.70 |

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996    1-ORIGIN POST OFFICE COPY

**UNITED STATES POSTAL SERVICE®**

2018 AUG 27 AM 10:37

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

July 2013 OD: 12.5 x 9.5

WHEN USED INTERNATIONALLY, CUSTOMS DECLARATION LABEL MAY BE REQUIRED.