LAW OFFICES
# FUMUSO, KELLY, SWART, FARRELL, POLIN & CHRISTESEN, LLP

ALAN J. FUMUSO ◊
MICHAEL K. KELLY +
DOUGLAS J. SWART
JAMES F. FARRELL, JR.
LORRAINE BERLUND POLIN, R.N.
SCOTT G. CHRISTESEN, R.Ph. o
SETH KIRSCHBAUM
JORDAN KARP
CHRISTIAN A. FUMUSO
ANTHONY M. MAFFIA

JAMES J. GIRVAN
Trial Counsel

ROBERT W. DeVERNA
(1949 - 2014)

◊ ADM N.Y. & COLO.
+ ADM N.Y. & FLA.
o ADM N.Y. & CONN.

MAILING ADDRESS
110 MARCUS BOULEVARD
HAUPPAUGE, NEW YORK 11788-3704
(631) 232-0200 • FAX (631) 232-1305
www.fksfpc.com

NASSAU OFFICE
400 POST AVENUE
SUITE 209
WESTBURY, NEW YORK 11590
(516) 746-8050

JAMES B. REILLY
ANN D. SCHATTNER
JOSEPH P. ROSH
ALBERT E. RISEBROW
JUNE R. HERMAN
CATHERINE ANN BRENNAN
MICHELLE C. ACOSTA
WILLIAM G. MacDEVITT
SUZANNE LAVOIE, R.N
HUGO A.BASSO
ALEX B. GILBERT
MICHAEL A. NEMECEK
KRISTIN N. MORO
MARIEL A. AUERBACH
ANTHONY MARINO
BRIAN T. REILLY

MARY L. SHARKEY
OFFICE ADMINISTRATOR

DONNA OZOLS
SENIOR PARALEGAL

March 5, 2019

**_Via ECF_**
Hon. Robert W. Sweet
United States Courthouse
Southern District of New York
500 Pearl Street- Courtroom 18C
New York, New York 10007

Re: Zappin v. Claire Comfort, et. al.
Case No.: 1:18-cv-01693-RWS
Our File No.: AW 1013

Honorable Sir:

  Our offices represent the Defendant, Comprehensive Family Services Inc. In the above entitled litigation.

  I have received the Court's Order directing oral argument of the various pending dismissal motions of the parties on April 10, 2019 and the correspondence of Counsel for Ms. Cohen, requesting adjournment of oral argument of her motion on April 17th, April 24rd or May 1st, due to a scheduled vacation. I wish to advise the Court that I also have a vacation scheduled which would prevent me from attending any proceedings of April 17th.

  I would therefore ask that the Court grant Ms. DiGennaro's request for an adjournment with my scheduling issues in mind as well.

  Thank you for your courtesies in this matter.

Hon. Robert W. Sweet
March 5, 2019
Page 2

        Very truly yours,

        FUMUSO, KELLY, SWART, FARRELL,
        POLIN & CHRISTESEN, LLP

BY: _____
        SCOTT G. CHRISTESEN

SGC/
cc: All Counsel- Via ECF