USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _October 26, 2020_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY ZAPPIN,<br><br>       Plaintiff,<br><br>-against-<br><br>CLAIRE COMFORT ET AL,<br><br>       Defendants. | 18-cv-1693 (ALC) (OTW)<br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

  In light of Plaintiff's third amended complaint, the Court denies Defendants' motions to dismiss without prejudice. (ECF Nos. 141, 143, 146). Any new motions to dismiss shall be filed by November 16, 2020. Plaintiff must file any opposition by January 7, 2021, and replies, if any, shall be filed by January 15, 2021.

**SO ORDERED.**

**Dated:** October 26, 2020

  New York, New York             _____
                       **ANDREW L. CARTER, JR.**
                       **United States District Judge**