UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY ZAPPIN

                **Plaintiff,**

-against-                          18-CV-1693 (ALC)

CLAIRE COMFORT, et al.,                 **ORDER**

                **Defendants.**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of (1) Plaintiff's Motion for Reconsideration at ECF No. 190 and (2) Plaintiff's Motion to Vacate the Court's September 20, 2022 Pre-Filing Injunction at ECF No. 192. Although the Court is in receipt of Plaintiff's memorandum of law in support of the motion for reconsideration at ECF No. 191, Plaintiff's memorandum of law in support of the motion at ECF No. 192 has not been filed on the docket. Plaintiff is directed to file his memorandum of law by **August 31, 2023**.

SO ORDERED.

Dated: August 28, 2023
       New York, New York

*[signature]*

**ANDREW L. CARTER, JR.**
**United States District Judge**